UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON, JR.)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 11CR3415-GT |
| Plaintiff, | ORDER TO CONTINUE |
| v. | SENTENCING WITH PSR HEARING DATE |
| MIGUEL TOSCANO-ALANIZ, | |
| Defendant. | |

GOOD CAUSE APPEARING, it is hereby ordered that the presently scheduled sentencing with PSR hearing before the Honorable Gordon Thompson, Jr. for November 4, 2011 at 9:30 a.m. be continued to November 28, 2011, at 9:30 a.m. Mr. Toscano-Alaniz is in custody and the court having accepted his plea of guilty on August 17, 2011. The court finds that time is excludable under the Speedy Trial Act.

DATED: 11-3-11

HONORABLE GORDON THOMPSON, JR.
United States District Court Judge